

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

January 6, 2021

**VIA ECF**
Hon. Judge Ronnie Abrams
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: Romero v. Curlmix Inc.; Case No: 1:20-cv-07664-RA

To the Honorable Judge Abrams,

The undersigned represents Plaintiff Josue Romero (hereinafter "Plaintiff") in the above-referenced matter.

This Letter is submitted in response to the Court's December 21, 2020 Order directing Plaintiff to request that an initial conference be scheduled or for the case to be referred to a magistrate judge.

By way of background, this matter has been pending before the Court since September 10, 2020 and while Defendant was properly served (and Affidavit of Service filed on the docket), Defendant failed to appear or otherwise respond.

Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Curlmix Inc. and will promptly be filing its Motion for a Default Judgement in accordance with the Court's Individual Rules.

As such, Plaintiff is requesting 30 days in which to move for Default Judgment.

Thank you for the consideration of Plaintiff's request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

Application granted. Plaintiff shall file any motion for default judgment no later than February 8, 2021, in accordance with Fed. R. Civ. P. 55(b)(2), Local Civil Rule 55.2(b), and this Court's individual rules. Plaintiff is directed to serve a copy of this order on Defendant and file proof of such service on the docket.

SO ORDERED.

Hon. Ronnie Abrams
1/7/2021