

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

February 10, 2021

**VIA ECF**
Hon. Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re: <u>Romero v. Curlmix Inc.; Case No: 1:20-cv-07664-RA</u>

To the Honorable Judge Abrams,

The undersigned represents Plaintiff Josue Romero (hereinafter "Plaintiff") in the above-referenced matter.

This Letter is submitted in response to the Court's January 7, 2021 Order directing Plaintiff to move for a Default Judgment by February 8, 2021. Plaintiff first and foremost apologizes for not timely requesting an extension to file the Motion for Default Judgment. The undersigned apologizes and assures the Court that it will be more timely moving forward.

The reason for this request is that Plaintiff has found an address to serve default documents on Defendant and would like to give Defendant time to respond if this is the correct address to contact them at.

In light of the above, Counsel for Plaintiff respectfully requests an additional 30 days in which to attempt to contact Defendant or otherwise move for Default Judgment.

Thank you for the consideration of Plaintiff's request.

Application granted. No later than March 12, 2021, Plaintiff shall either provide an additional status update or file a motion for default judgment.

SO ORDERED.

Hon. Ronnie Abrams
02/11/2021

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.