UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSUE ROMERO, *on behalf of himself and all others similarly situated*,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>CURLMIX, INC.,<br><br>                              Defendant. | No. 20-CV-7664 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in a receipt of a letter from Kim Lewis, the CEO of Defendant Curlmix, requesting an extension of time in which to obtain counsel and answer or otherwise move with respect to the complaint. *See* Dkt. 15. Plaintiff consents to this request. The request is granted. Defendant's deadline to answer or otherwise move with respect to the complaint is extended to April 16, 2021.

The Court need not set a specific deadline prior to that date for Defendant to obtain counsel, but Ms. Lewis is reminded that "a corporation may not appear in a lawsuit against it except through an attorney." *Grace v. Bank Leumi Tr. Co. of NY*, 443 F.3d 180, 192 (2d Cir. 2006).

SO ORDERED.

Dated:     February 26, 2021
           New York, New York

_____
Ronnie Abrams
United States District Judge